# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERTO RIVAS,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　　　Respondent. | Case No. EDCV 17-907-RGK (LAL)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 12, 2018

　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE